UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 09 B 09116 |
| | CHAPTER 13 |
| ANTONIO J LEWIS | |
| | JUDGE JACQUELINE P COX |
| DEBTOR | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** STARWOOD PORTFOLIO SERVICES

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 6 | 27 | 3147/301967 | $424.64 | $424.64 | $424.64 |
| Total Amount Paid by Trustee | | | | | $424.64 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit        **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 09-09116-JPC

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 24th day of April, 2014.

Debtor:
ANTONIO J LEWIS
1341 ROSEWOOD CT
FLOSSMOOR, IL  60422

Attorney:
THOMAS M BRITT
7601 W 191ST ST #1W
TINLEY PARK, IL  60487
via Clerk's ECF noticing procedures

Mortgage Creditor:
CHASE HOME FINANCE LLC
% CODILIS & ASSOCIATES
15W030 N FRONTAGE RD #100
BURR RIDGE, IL  60527

Creditor:
STARWOOD PORTFOLIO
SERVICES
PO BOX 22197
LAKE BUENA VISTA, FL  32830

Mortgage Creditor:
SVO VISTANA VILLAGES INC
% STARWOOD VACATION
OWNERSHIP
9002 SAN MARCO COURT
ORLANDO, FL  32819

Mortgage Creditor:
LOWNDES DROSDICK DOSTER
KANTOR
% VALERIE BROWN
450 S ORANGE AVE #800
ORLANDO, FL  32802

ELECTRONIC SERVICE - United States Trustee


Date:  April 24, 2014

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603