IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                                          CASE NO. 09-B-09116

ANTONIO J. LEWIS,                                              JUDGE JACQUELINE P. COX
DEBTOR

### STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT

Part 1: PRE-PETITION ARREARS

Creditor agrees that the debtor has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 plan. Payments in the amount of $424.64 have been received from the Chapter 13 Trustee.

Part 2: POST-PETITION ARREARS

Creditor agrees that the debtor has paid all post-petition amounts due to be paid outside of the Chapter 13 plan directly to the secured creditor.

   If creditor disagrees:

   Amount to cure post-petition arrears due outside the plan: $N/A


Part 3: SIGN HERE

I am the creditor.

I certify under penalty of perjury that the foregoing is true and correct.

_____                                   _5/12/2014_
Signature                                                                                         Date

Name and Title:       Lisa Cassin, Vice President
Company:                SVO VISTANA VILLAGES, INC.
Address:                  c/o SVO Portfolio Services, Inc.
                                9002 San Marco Court
                                Orlando, FL 32819
                                (407) 903-4700

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAY 20 2014

JEFFREY P. ALLSTEADT, CLERK
PS REP. - MBM

1

Part 4: SERVICE

Statement in Response to Notice of Final Cure Payment mailed to:

Debtor's address: Antonio J. Lewis, 1341 Rosewood Court, Flossmoor, IL 60422

Debtor's counsel: Thomas M. Britt, 7601 W. 191st Street, #1W, Tinley Park, IL 60487

Trustee: Via CM/ECF